TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>  Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**JOINT (PROPOSED) STIPULATED DISCOVERY PLAN & SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

A discovery conference in which all parties of record participated in the meeting required under Fed. R. Civ. P. 26(f) was held on **May 16, 2024**. Pursuant to Fed. R. Civ. P. 26(f) and LR II 26-1, the parties do hereby stipulate to the following discovery plan and scheduling order.

1. **Initial Disclosures:** The parties have agreed to exchange initial disclosures by **May 30, 2024**, pursuant to Fed. R. Civ. P. 26(f).

2. **Subject of Discovery**: Unless otherwise limited by subsequent stipulations, the parties shall be allowed to conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure. The parties agree that for any discovery request requiring a party to conduct a search of an electronic database, the party requesting discovery shall supply the governing search terms.

3. **Discovery Cut-Off Date(s): October 8, 2024,** which is 180 days from **April 11, 2024**, the date that Defendant first appeared and filed its Motion to Dismiss Plaintiff's Complaint.

1

4.     **Amending the Pleadings and Adding Parties:**  The last day to file motions to amend pleadings or to add parties is **July 10, 2024**, which is not later than ninety (90) days prior to the close of discovery.

5.     **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**  The disclosure of experts and expert reports shall occur by **August 9, 2024**, which is not less than sixty (60) days before the discovery deadline.  Disclosure of rebuttal experts and their reports shall occur by **September 9, 2024** as September 8, 2024 is a Sunday which is not later than thirty (30) days before the discovery deadline.

6.     **Dispositive Motions:**  Dispositive motions may be filed no later than **November 7, 2024**, which is not later than thirty (30) days after the discovery deadline.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

7.     **Pretrial Order:**  The pretrial order shall be filed by **Monday, December 9, 2024,** as December 7, 2024 is a Saturday which is not later than thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time period set forth in this paragraph.

8.     **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  LR 26-3 ~~LR 26-4~~ governs modifications or extensions of this discovery plan and scheduling order.

9.     **Fed. R. Civ. P. 26(a)(3) Disclosures:**  The disclosures required by Fed. R. Civ. P. 26(a)(3),

2

1 and any objections thereto, shall be included in the pretrial order.

2 10.     The attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with the Court.

11.     **Alternative dispute-resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including a settlement conference or mediation.  The parties agree that this matter is appropriate for mediation or a settlement conference once some discovery has been conducted.

12.     **Trial by a magistrate judge:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).  At this time, the parties do not consent to a trial by the magistrate judge or the use of the Short Trial Program.

///

///

///

///

///

///

///

///

///

///

///

///

///

13. **Electronic Evidence:** The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

| | |
|---|---|
| Dated this 28th day of May, 2024. | Dated this 30th day of May, 2024. |
| **HATFIELD & ASSOCIATES, LTD.** | **LAS VEGAS CITY ATTORNEY'S OFFICE** |
| /s/ Trevor J. Hatfield<br>By: _____<br>Trevor J. Hatfield, Esq., (SBN 7373)<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br>Tel.: (702) 388-4469<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorneys for Plaintiff* | /s/ Timothy J. Geswein<br>By: _____<br>Jeffry M. Dorocak, Esq., (SBN 1109)<br>Timothy J. Geswein, Esq. (SBN 10049)<br>495 S. Main Street, 6th Floor<br>Las Vegas, Nevada 89101<br>Tel: (702) 229-6629<br>Email: tgeswein@lasvegasnevada.gov<br>*Attorneys for Defendant City of Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 31, 2024

4