UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mark McCoy,<br><br>    Plaintiff,<br><br>   vs.<br><br>City of Las Vegas,<br><br>    Defendant. | Case No. 2:24-cv-00139-GMN-NJK |

# ECF No. 23-01
# *Potts Declaration*



<u>Declaration of Jason Potts</u>

Being duly sworn, the Declarant states:

1. I am the Director of the Department of Public Safety.

2. I have personal knowledge of the facts stated or I made reasonable inquiry into books and records kept by the City of Las Vegas in its ordinary course of business to state these facts.

3. The City operates a Department of Public Safety.

4. Within the Department is a Marshal's Service.

5. The Marshals jurisdiction is limited geographically and in scope.

6. The marshals are paramilitary organization with various ranks organized in a hierarchical system that closely mirrors a military chain of command with strict rules, clear lines of authority, and a strong emphasis on discipline.

7. ECF No. 23-02 is a true and correct copy of the City's *Lieutenant Marshal Job Description*.

8. ECF No. 23-04 is a true and correct copy of the City's *Anti-Discrimination Policy training sign-in sheet*.

9. ECF No. 23-05 is a true and correct copy of the City's *Performance Review*.

10. ECF No. 23-06 is a true and correct copy of the City's *Termination Recommendation*.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: November 4, 2023.

*/s/ Jason Potts*
Chief, Department of Public Safety