**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark McCoy, | Case No. 2:24-cv-00139-GMN-NJK |
| Plaintiff, | |
| vs. | |
| City of Las Vegas, | |
| Defendant. | |

# ECF No. 23-05
# *Performance Review*



# Memorandum

**City of Las Vegas
Department of Public Safety**

**To:** Chief Jason Potts
**From:** Deputy Chief Kyle Ward
**CC:** N/A
**Date:** 11/23/2022
**Re:** Review of Lieutenant Mark McCoy

Chief Potts,

With the positive motivation and direction you have moved our entire DPS team, I want to formally detail concerns I have with Lieutenant Mark McCoy's behavior over the year I have been employed with the Department. As you were briefed, Lieutenant McCoy has created an unfavorable environment throughout the department ranks due to his personal refusal to fully support our Department's foundational principles, which entails improving safety and developing community and multiagency partnerships through effective leadership, policy, incentives, training, efficient supervision, and proper accountability.

The following validated areas show Lt. McCoy's demeanor when you, Assistant Chief Straube, Deputy Chief Davis, other agency members, and I attempted to build Department satisfaction and proactivity by establishing additional wellness resources, creating opportunities to reduce crime and quality-of-life challenges in our jurisdiction with structured focus at FSE and the unhoused, and enhancing collaboration with internal and outside partners for officers and other professional staff to successfully perform their duties.

- In November 2021, I conducted my first command staff meeting with my lieutenants to develop our focus for the upcoming year, which included crime and quality-of-life issues with the unhoused. Chief Molina and I were looking for ideas to develop a Conditions Team that could offer resources and enforcement when necessary and I asked the lieutenants to share their ideas. Lieutenant McCoy advised this would be a bad idea because we did not have enough officers to dedicate full-time to this new team and he knew it would fail. The other lieutenants indicated the potential team was a great idea to support the MORE Team and other City resources, and Lieutenant McCoy said we should not waste our time and can just assign two officers from patrol to "police the homeless." He further noted that when someone gets hurt in the park then it will not be his fault. Lt. McCoy's overbearing manner prevented his peers from adequately sharing their ideas because he stated several times he had the most knowledge and experience. In December, I had the Conditions Team report directly to me (instead of Lieutenant McCoy) because I had no confidence he would support the team's mission, as he had already told officers during briefing patrol could handle this responsibility instead of Conditions Team. When I met with Sergeants Kumamaru and Shepherd, they both thanked me for not having their team report to Lieutenant McCoy because he told them their team should not exist and patrol officers could easily handle. Both sergeants built a

D&E Form 377

**CITY 016**

successful team that continues to exceed our Department's expectations. Despite the team's success, Lieutenant McCoy still complains that we should not have this team.

- While Lieutenant Sendy Lopez was present, Lieutenant McCoy stated "she was only an officer, had no street experience, and never should have been promoted to lieutenant by Chief Molina." I advised him it is not his decision who promotes to lieutenant and she is one of his peers who he should support.

- During my first four months, I met with almost every officer and supervisor to learn more about them and determine how we could progress as an agency from strengths, challenges, and recommendations. Officers from every rank complained that Lieutenant McCoy was overconfident, unapproachable, and only interacted with them when he was trying to discipline or prevent them from participating in training or other police-improvement opportunities. I spoke with Lieutenant McCoy regarding this feedback and he stated, "I am always the bad guy because I try to hold people accountable." I explained to him that I support accountability, but there are proper ways to hold people accountable through formal policies, training, development, mentoring, and approachability to avoid a toxic setting. Lieutenant McCoy stated Sergeant Marcus Diaz must be spreading those rumors because he previously tried to hold him accountable and nothing was done.

- From May to June while I was acting chief, we had several violent incidents at FSE, so I advised our leadership team during formal meetings to determine what resources to allocate in collaboration with LVMPD to ensure a safer area. Lieutenants McCoy and Guillen shared the role as acting deputy chief over two months, and were tasked with improving officer presence, proactivity, and community interaction with the businesses and tourists. In every meeting we had, Lieutenant McCoy said we were taking resources away from patrol and Sergeant Diaz and his FSE team were the problem. He indicated after a BOC was filed, FSE supervision would corroborate his findings of officers not working under the canopy in their assigned areas. I met with FSE Security Director Mark Reddon who did not validate Lieutenant McCoy's concerns and only stated his staff, our officers, and LVMPD need to work closer to address small issues before they progress. I advised Lieutenant McCoy and the other lieutenants of our strategy to partner more efficiently with FSE and LVMPD and he said that would not resolve the internal issues. All other lieutenants presented ideas and possible solutions to ensure safety by adding more officer coverage through overtime and adjusting patrol resources, meeting with security and LVMPD every shift, creating a joint Incident Action Plan to track and measure data, and integrating the casinos and other businesses into the design which led to no other significant events since our adjustments.

- On June 28, 2022, I received an email from Lieutenant McCoy saying he was "sharing what he planned to go to HR with and how he also planned to address ethics in leadership and complaints regarding gender in the workplace." I called him on the phone and he said he was unhappy with the lack of accountability of FSE officers and how Assistant Chief Straube handles IA and covers for Sergeant Diaz. The next day I received a call from HR advising Lieutenant McCoy filed an HR complaint regarding FSE and other internal concerns not being handle.

D&E Form 377

- ➢ Chief, you were present during one of our previous command staff meetings when Lieutenant McCoy called Lieutenant Derek Major a liar numerous times and disregarded direct orders to stop the belligerent action, and he kept going. He did not provide any solutions to our team and only used the time to question every idea and entity we have, or are planning to implement such as security locking the parks, Flock Safety cameras, the Flex Team, Operation SAFER, and expanding the Conditions Team. The lieutenants and I meet approximately twice each month during our command staff meetings and do not support Lieutenant McCoy's attitude or opinion toward FSE, Conditions Team, patrol, and our executive team.

- ➢ On November 15, 2022 during the FBI conference we were attending, Lieutenant McCoy continued his flagrant conduct by questioning our leadership capabilities and the performance of some of our team members while you and I were in the hallway of the conference trying to interact with the various agencies. Lieutenant McCoy stated to us "he had nothing to lose" and continued for almost two hours questioning every positive implementation and outcome by saying no one is being held accountable and he was going to address his concerns with the City Manager.

Chief, Lieutenant McCoy has not supported any of our team development and community engagement plans, which has led to a hostile working environment within all ranks of DPS. From his department tenure and experience, I have provided him numerous opportunities to develop realistic ideas and support our City and Department visions with him only discrediting any of our efforts. Lieutenant McCoy's behavior has not improved with the ongoing respect, support, resources, and opportunities he is provided. He instead chooses to destabilize our ability to enhance employee wellness, performance, and value within our Department and the community through consistent rebelliousness.

_Deputy Chief Kyle Ward_

D&E Form 377

**CITY 018**