**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark McCoy,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>City of Las Vegas,<br><br>　　　　Defendant. | Case No. 2:24-cv-00139-GMN-NJK |

# ECF No. 23-06
## *Termination Recommendation*



# MEMORANDUM

City of Las Vegas

Department of Public Safety



To: Tim Hacker, Chief Public Safety Services Officer

From: Jason Potts, Department of Public Safety Chief  *JPotts*

Date: 11/24/2022

Subject: Lieutenant Mark McCoy

---

SUMMARY:

On September 6, 2022, Rick Hunt of City of Las Vegas Human Resources (HR) submitted a memorandum of findings to me regarding a complaint Lt. McCoy filed with HR on June 29, 2022, days before I arrived at the City of Las Vegas. The HR investigation was concluded a few weeks later and revealed that the allegations by Lt. McCoy - as not sustained. The complaint was seemingly rooted in the fact that Lt. McCoy did not believe Deputy City Marshals and their supervisors were held accountable regarding a lack of Deputy City Marshal presence under the Fremont Street canopy after a series of shootings earlier this summer. To that end, Lt. McCoy alleged that Sgt. Diaz and Lt. Major failed to lead and allowed poor behavior to continue unchecked. Lt. McCoy also stated that Assistant Chief Straube participated in unethical leadership by hiring a trainee that shouldn't have been. Lt. McCoy was also concerned that he was subjected to disparate treatment and that Chief Molina and Assistant Chief Straube negatively impacted his career and continue to do so. He felt that he had been singled out as the only lieutenant willing to hold others accountable.

Lt. McCoy has continued to disparage Assistant Chief Straube – causing consternation in the organization, questioned our vision, and questioned our approach to enforcement on the tourist corridor versus parks. He has also disrespectfully raised his voice at the Assistant Chief Straube calling him a liar, as well as another lieutenant.

This now leads me to write this memorandum. Here are some of the concerns I have:

- ✓ On more than one occasion through the last four months, Lt. McCoy has continued to disparage Assistant Chief Straube and allegedly has called him a liar.

- ✓ Lt. McCoy called Lt. Major a liar during the lieutenant's meeting in front of other lieutenants, a deputy chief, and an assistant chief.

- ✓ Deputy Chief Ward (see attached memo at my direction) has told me that Lt. McCoy has continued to question initiatives, i.e., Conditions Team, our shift to patrolling the tourist corridor, a proposal to contract with security to patrol our park, proactive policing, and my

positive recognition to Deputy City Marshals upon seeing good work in our daily bulletins.

- ✓ On November 15, 2022, I went to the FBI NA Conference in Las Vegas at about 2 pm. I was there to meet an FBI representative from the FBI NA. Instead, Lt. McCoy confronted me in the hallway/conference area and told me that the HR investigation was not thoroughly investigated (It should be noted I brought up the topic, telling him I hoped this closed the incident). He again rehashed all of his concerns with the investigation, AC Straube's alleged unethical behavior around the hiring of trainee Jack Luby, the fact that Sgt. Diaz had been transferred to training – despite my request that it wasn't the time or place. Lt. McCoy told me that he had 'nothing to lose' and would bring his concerns to the City Manager. I asked him what would happen if he did not get the answer he wanted then, and he stated he would file a lawsuit.

- ✓ I have had two previous conversations, specifically with Lt. McCoy. On one occasion, I told Lt. McCoy that I expected our Lieutenants to push optimism, respect, and professionalism. I also expected him to support my vision. To that end, I told Lt. McCoy, I expected him to treat our people with respect and professionalism and to hold others accountable to those standards.

DETAILS

Lt. McCoy continues to disparage AC Straube. For example, he alleged that AC Straube hired a police candidate despite his opposition. He stated that this candidate, Jack Luby, failed a polygraph and was only hired because he is friends with a CLV employee and knows Lt. Triplett. I have yet to confirm a relationship to the CLV employee. According to Assistant Chief Straube, he had no decision on this hiring. Instead, Acting Chief Kyle Ward, at the time, made the decision. Investigator Cheryl Manning confirmed this fact and stated that the candidate was a solid "2" with 1 being exceptional and an excellent candidate psychologically. Many candidates who score a two never are polygraphed by other agencies. The polygraph revealed that Luby failed drug usage and person crimes.

Lt. McCoy has stated he feels he is being treated unfairly and that Chief Molina is influencing me and others from afar. For example, Lt McCoy told HR the following:

> *Chief Potts told me at 10:30 am on his second day with DPS, "I have heard bad things about you." So, in my mind, I asked, how is this possible? When I brought it up to him two weeks later, I said that it could only be one of three people, Chief Molina, Straube, or Diaz. Chief Potts told me that it was Chief Molina. Rick, you told me when I was in your office that Molina is gone, which I understand, but I need you to understand that he is still communicating with DPS Leadership and impacting, manipulating, and altering decisions and policy choices even though he is gone.*

I did tell Lt. McCoy (when asked by him) that I had heard things about him. I confirmed that I did hear not-so-positive things, *but also stated that I had heard positive things and that everyone gets a clean slate with me – which was the entire point of the statement.*

On September 8, 2022, I witnessed Lt. McCoy tell Lt. Major that he was a liar despite my request not to discuss or adjudicate prior incidents on Fremont Street. I told the lieutenants twice that we would not discuss these issues. Despite my order not to, Lt. McCoy continued, and ramped it up by telling Lt. Major that he was a liar.

On September 23, 2022, I spoke to Lt. McCoy about the disposition of his case to Human Resources. Present with me was Deputy Chief Danielle Davis. We met in the DPS conference room. The following are bullets of our conversation:

- When provided the disposition of not sustained for all allegations – Lt. McCoy replied, "*That's it, no reassurance that this will happen again?*" I told him that I understood that he might be disappointed, but those were the results of the HR investigation. He went on to discuss that there was ample proof. I told him that we wouldn't be discussing the nature of the investigation and that we were only there to relay the findings and if he had any further concerns, I might be able to answer. I asked him, "tell me more about your thoughts on reassurance?"

- Lt. McCoy went on to state that there is a culture of little to no accountability and that he felt that was the root of his issues (him attempting to hold others accountable and being targeted). I reminded him that I was 9 weeks into this position and told him that accountability was a pillar that I have repeated numerous times in lineups, one on ones, Chief's Corner, and command staff meetings that he has participated. A repeated mantra of mine has been Policy, Incentives, Training, Supervision and Accountability or the acronym PITSA. I also reminded him that I can't change the past, but I can impact the future and need him to be aligned with that as a valued member of our executive staff.

- I reminded him that if a lack of accountability was still occurring today that we had a process and, if applicable, that he notify me of that through his chain of command, which includes Deputy Chief Ward. I further reminded him that I expected our Lieutenants to push optimism, respect, and professionalism.

- Lt. McCoy brought up a meeting with all of our DCM lieutenants. This meeting occurred on September 8, 2022 at 4 pm. Present at the meeting was also Assistant Chief Straube and Deputy Chief Ward. During that meeting, I again expressed the importance of accountability with an expectation from them that they carry our vision. Upon hearing that, McCoy discussed how one particular Lt (Major) didn't hold his people accountable, especially Sgt. Diaz. I then asked what are the specific lieutenants doing about

accountability when they see a Sergeant in the office when they should be out in the field and on Fremont Street. I then told them that I wasn't going to adjudicate past issues. Not hearing me or understanding, they continued to the point where they went back and forth, and voices were raised with Lt. McCoy calling Lt. Major "a liar" and saying that he could prove it. I told him that was unnecessary and inappropriate. We ended with me admonishing them all on the value of statements like these – as I left the meeting that day, Lt. McCoy apologized.

- ✓ I told Lt. McCoy that I was upset about the above meeting and that it was unprofessional, that I still hadn't had time to discuss it with him, and that I planned on it.

- ✓ I continued to remind Lt. McCoy that I can't change the past but can impact the future. I reminded him what we are doing, where we are going, and the changes thus far. He mentioned that I told him he was a contrarian, and I stated that it was said in an endearing way and that I too, was considered a contrarian in my previous department. I reminded him that I had come here and that everyone received a clean slate. I also discussed a prior comment to him in that I told him that I admitted to hearing negative things about him but also had just as many good things and that I judge folks on my own and that everyone gets a clean slate. A similar conversation was brought up in which he stated that it was likely Assistant Chief and Diaz, I told him that it was not.

- ✓ On November 15, 2022, Lt. McCoy implied and insinuated that I was not holding people accountable because I moved Sgt. Diaz to training despite Sgt. Diaz telling everyone that he was untouchable and after allegedly calling Deputy Chief Ward, a quote, "punk ass bitch" and "fuck the Chief!" All of this occurred after being written up for allowing his squad to be in plain clothes, and for allegedly getting off early after making arrests/writing citations. None of the above was substantiated and Sgt. Diaz has denied making those comments.

## RECOMMENDATIONS

As an Appointive Lieutenant with the Department of Public Safety, I am requesting that we consider dismissing Lt McCoy due to our incompatibility of management styles. For success and balance to occur, I must have confidence in my executive leadership staff. I have lost confidence in Lt. McCoy and my belief that he is willing to support me in my role, our Assistant Chief, Deputy Chiefs and best serve the needs of the department and the community. I have conveyed to Lt. McCoy on two prior occasions, shared my leadership intent and expectations (see attached), as well as emphasized the importance of pushing optimism, respect, and professionalism. I have lost confidence in Lt. McCoy's ability to carry that vision. As a result, I cannot help but believe that Lt. McCoy is being dismissive of my goals and leadership philosophy despite his tenure and skills to do the job. Therefore, my administrative philosophy has resulted in concerns about incompatible management styles with my goals and the philosophy they are based on. Consequently, I request that we terminate his employment with the City of Las Vegas.



### Chief's Intent & Expectations for Managers and Supervisors

The purpose of these expectations is to strive for organizational clarity. They do not replace or substitute but rather accompany directives and evaluations. Each expectation has value and meaning. They are directly related to being engaged in the organization and the community, holding each other accountable, communicating effectively, reflecting our core values, and seeing the equity in every person. Success often requires that we answer a handful of questions: What are we *not* doing today that we should be doing? What are we doing that we should be doing differently? What are we doing that we should stop doing?

Expectations may change over time; however, we will promptly communicate them if they do.

*Our people are our greatest resource.* As members of the City of Las Vegas Department of Public Safety's Management Team, I expect exceptional service in everything ~ as you:

1. Make certain the work environment is safe, clean, impactful, effective, legally compliant, and take immediate corrective action toward identified deficiencies. *We will focus on sound policy, incentives, training, supervision, and accountability.*
2. Share appropriate organizational information promptly. Actively solicit ideas and suggestions from your Division members on matters you deem relevant and meaningful. Anticipate and solve problems at the lowest level and follow up with closure.
3. Actively promote & reflect the Mission, Vision, and Values of our Department and the City of Las Vegas. (With your input, a strategic plan with an adjusted mission & vision is forthcoming that enhances the DPS brand.)
4. Challenge your assumptions and develop innovative processes & results. We will foster learning, innovation, data, research, trust, and a problem-solving culture rooted in evidence-based solutions.
5. Participate in authorized community engagement events. Be actively involved in the community – building solid relationships and community engagement will be a core principle. Promote and enhance relationships with residents, businesses, city departments, educators, researchers, and allied public safety agencies.
6. Coach, mentor, teach, and develop employees, but do not prescribe every action. Share and own your expectations (operational, technical, and interpersonal) with direct reports, and provide accurate and timely performance feedback with clear expectations that align with our collective vision.
7. Lead by modeling and reflecting behavior that demonstrates professionalism and optimism, appropriate interpersonal behavior, and a positive work ethic by producing quality work and timely follow-thru on assigned tasks. Rewards, employee health, accountability, and measurements will drive us.
8. Be present and engaged as an active participant in the organization's management, not a passive observer. We must have a unified message. Once we discuss and agree on an ethical path forward – you must *own* that message and direction.
9. Be candid with me regarding my performance and my blind spots. Offer me ideas and suggestions on how and in what way(s) I might improve my performance and better assist you, the Department, and the community.
10. Be good stewards of City/Department resources. Effectively manage to keep your Division within budget.

CITY 023

 **Traits of Successful Teams**

## 1. Dependability.

Team members get things done on time and meet expectations.

## 2. Structure and Clarity.

High-performing teams have clear goals, measurements, key-performance indicators, and have well-defined roles within the group.

## 3. Meaning.

The work has personal significance to each member.

## 4. Impact.

The group believes their work is purposeful and positively impacts the greater good.

The last one stood out from the rest:

## 5. Psychological Safety.

We've all been in meetings and, due to the fear of seeming incompetent, have held back questions or ideas. It's unnerving to feel like you're in an environment where everything you do or say is under a microscope.

However, imagine a different setting. A situation in which everyone is safe to take risks, voice their opinions, and ask judgment-free questions. A culture where managers provide air cover and create safe zones so employees can let down their guard. That's psychological safety.

Google found that teams with psychologically safe environments had employees who were less likely to leave, more likely to harness the power of diversity, and ultimately, who were more successful. Through its research, Google organization made the ancient Greek philosopher Aristotle proud by proving, "The whole can be greater than the sum of its parts."

## The Five Dysfunctions of a Team:

- Inattention to results
- Avoidance of accountability
- A lack of commitment
- Fear of conflict
- Absence of trust

*Teamwork:* *The true measure of a team is that is accomplishes the results that it sets out to achieve. To do that on a consistent, ongoing basis, a team must overcome the five dysfunctions:*

**Dysfunction #1: Absence of Trust:** Members of great teams trust one another on a fundamental, emotional level, and they are comfortable being vulnerable with each other about their weaknesses, mistakes, fears and behaviors. They get to a point where they can be completely open with one another, without filters. This is essential because...

**Dysfunction #2: Fear of Conflict:** Teams that trust one another are not afraid to engage in passionate dialogue around issues and decisions that are key to the organization's success. They do not hesitate to disagree with, challenge, and questions one another, all in the spirit of finding the best answers, discovering the truth, and making great decisions. This is important because...

**Dysfunction #3: Lack of Commitment:** Teams that engage in unfiltered conflict are able to achieve genuine buy-in around important decisions, even when various members of the team initially disagree. That's because they ensure that all opinions and ideas are put on the table and considered, giving confidence to team members that no stone has been left unturned. This is critical because...

**Dysfunction #4: Avoidance of Accountability:** Teams that commit to decisions and standards of performance do not hesitate to hold one another accountable for adhering to those decisions and standards. What is more, they don't rely on the team leader as the primary source of accountability, they go directly to their peers. This matters because...

**Dysfunction #5: Inattention to Results:** Teams that trust one another, engage in conflict, commit to decisions, and hold one another accountable are very likely to set aside their individual needs and agendas and focus almost exclusively on what is best for the team. They do not give in to temptation to place their departments, career aspirations, or ego-driven status ahead of the collective results that define team success.