TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF LAS VEGAS, apolitical subdivision of the State of Nevada,<br><br>    Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #23)**<br>**(First Request)** |

COMES NOW, Plaintiff, MARK MCCOY, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CITY OF LAS VEGAS (hereinafter "Defendant"), by and through its counsel, the Las Vegas City Attorney's Office, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #23), due on November 21, 2024, to December 6, 2024. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension. Plaintiff has not been able to complete his review of the motion due to the holiday season and counsel needs to confer with his client regarding the

undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response.

    Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including December 6, 2024, to respond to Defendant's Motion for Summary Judgment (ECF #23). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: November 20, 2024

**HATFIELD & ASSOCIATES**

   /s/ Trevor J. Hatfield
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

Dated: November 20, 2024

**LAS VEGAS CITY ATTORNEY'S OFFICE**

   /s/ Timothy J. Geswin
By:_____
   TIMOTHY J. GESWEIN (SBN 10049)
   495 s. Main Street, 6th Floor
   Las Vegas, Nevada 89101
   Tel: (702) 229-6629
   Email: tgeswein@lasvegasnevada.gov
   *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this __20__ day of November, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT