TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK MCCOY, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>    Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #23)**<br>**(Second Request)** |

    COMES NOW, Plaintiff, MARK MCCOY, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CITY OF LAS VEGAS (hereinafter "Defendant"), by and through its counsel, the Las Vegas City Attorney's Office, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #23), due on December 6, 2024, to December 27, 2024. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

    Good cause exists for this extension. Plaintiff has not been able to complete his review of the motion due to the holiday season and illness and counsel needs to confer with his client

1

regarding the undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including December 27, 2024, to respond to Defendant's Motion for Summary Judgment (ECF #23). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated:  December 5, 2024

**HATFIELD & ASSOCIATES**

By: /s/ Trevor J. Hatfield
_____
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel:  (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated:  December 5, 2024

**LAS VEGAS CITY ATTORNEY'S OFFICE**

By: /s/ Timothy J. Geswein
_____
TIMOTHY J. GESWEIN (SBN 10049)
495 s. Main Street, 6th Floor
Las Vegas, Nevada 89101
Tel:  (702) 229-6629
Email:  tgeswein@lasvegasnevada.gov
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this  5  day of  December , 2024.

_____
DISTRICT COURT JUDGE