TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br>**(ECF #30)**<br>**(Second Request)** |

COMES NOW, Plaintiff, MARK MCCOY, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CITY OF LAS VEGAS (hereinafter "Defendant"), by and through its counsel, the Las Vegas City Attorney's Office, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Renewed Motion For Summary Judgment (ECF #30), due on March 19, 2025, to March 26, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Renewed Motion for Summary Judgment.

Good cause exists for this extension. Plaintiff is working with the client regarding the undisputed facts as asserted by Defendant regarding Defendant's Renewed Motion for Summary Judgment to formulate Plaintiff's response. Plaintiff's Counsel, Attorney Hatfield, did not conclude

1

his trial that was the basis of first extension until well into the first week of March. Further, he has been suffering from an illness for the last week which has precluded him from being able to finish work on Response. Parties believe a one week extension will suffice.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including March 26, 2025, to respond to Defendant's Renewed Motion for Summary Judgment (ECF #30). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: March 19, 2025

**HATFIELD & ASSOCIATES**

 */s/ Trevor J. Hatfield*
By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel: (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff*

Dated: March 19, 2025

**LAS VEGAS CITY ATTORNEY'S OFFICE**

 */s/ Morgan Davis* Esq.
By:_____
  On behalf of TIMOTHY J. GESWEIN,
  ESQ. (SBN 10049)
  495 S. Main Street, 6th Floor
  Las Vegas, Nevada 89101
  Tel: (702) 229-6629
  *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this __28__ day of ____March____, 2025.

_____
DISTRICT COURT JUDGE