# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARK MCCOY,

    Plaintiff(s),

v.

CITY OF LAS VEGAS,

    Defendant(s).

Case No. 2:24-cv-00139-GMN-NJK

**Order**

    A settlement conference is scheduled for June 17, 2025. Docket No. 35. Having reviewed the *in camera* settlement statements, it appears that the settlement conference is futile. Accordingly, the Court **VACATES** the settlement conference.

    IT IS SO ORDERED.

    Dated: June 10, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge