AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Mark McCoy,

          Plaintiff,

v.

City of Las Vegas,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00139-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, City of Las Vegas, and against Plaintiff, Mark McCoy.

09/24/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk