AO 133  (NVD Rev. 11/23) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Mark McCoy | ) | |
| | ) | |
| v. | ) | Case No.: 2:24-cv-0139-GMN-NJK |
| | ) | |
| City of Las Vegas | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/24/2025__ against __Plaintiff Mark McCoy__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ 0.00 |
| Fees for service of summons and subpoena ............................. | 1,485.89 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 3,970.50 |
| Fees and disbursements for printing .................................. | 256.00 |
| Fees for witnesses *(itemize on page two)* ........................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................ | 0.00 |
| Docket fees under 28 U.S.C. 1923 .................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................ | 0.00 |
| Compensation of court-appointed experts ............................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ....................................... | 0.00 |
| TOTAL $ | 5,712.39 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

DECLARATION: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ Timothy J. Geswein

Name of Attorney: Timothy J. Geswein, NV Bar 10049

For: __City of Las Vegas__                                   Date: __09/30/2025__
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                    Deputy Clerk                    Date

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Declaration of Counsel

Being duly sworn, the Declarant states:

1. I am a licensed attorney in the State of Nevada and am competent to make this declaration from my own personal knowledge. I am a Deputy City Attorney employed by the City of Las Vegas' City Attorney's Office. I was part of the team representing the City in the *Mark McCoy v. City of Las Vegas* lawsuit, aka 2:24-cv-0139-GMN-NJK.

2. I make this declaration in support of the City's Bill of Costs.

3. I have personal knowledge of the costs and disbursements expended as shown on the Memorandum of Costs, that the charges incurred were necessarily incurred and reasonable in amount, and that the City paid the incurred costs.

4. I declare under penalty of perjury under the law of the State of Nevada and the United States of America that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

DATED: September 30, 2025.

/s/ Timothy J. Geswein

## Memorandum in Support of Bill of Costs

| | | |
|---|---|---|
| **LR II 54-2**<br>**Process Servers' Fees** | Brandon Burpee deposition subpoena (attempt) | $64.00 |
| | Nevada Equal Rights Commission deposition subpoena | $65.00 |
| | Brandon Burpee deposition subpoena | $124.08 |
| | Nevada Equal Rights Commission deposition subpoena | $214.08 |
| | Las Vegas Metropolitan Police Department subpoena for records | $134.34 |
| | Nevada Taxicab Authority subpoena for records | $166.93 |
| | Henderson Police Department subpoena for records | $288.51 |
| | North Las Vegas Police Department subpoena for records | $168.27 |
| | Nevada Attorney General subpoena for records (Carson City) | $260.68 |
| **Total** | | **$1,485.89** |

| | | |
|---|---|---|
| **LR II 54-4**<br>**Deposition costs** | Mark McCoy deposition transcript | $1,678.75 |
| | Mark McCoy deposition videographer | $955.00 |
| | Kara Jenkins 30(b)(6) for Nevada Equal Rights Commission deposition transcript | $743.00 |
| | Brandon Burpee deposition transcript | $593.75 |
| **Total** | | **$3,970.50** |

| | | |
|---|---|---|
| **LR II 54-6**<br>**Printing** | Plaintiff's Initial Disclosures (108 pages x $1[1]) | $108.00 |
| | Plaintiff's First Supplemental Disclosures (42 pages x $1) | $42.00 |
| | City's Initial Disclosures (30 pages x $1) | $30.00 |
| | City's First Supplemental Disclosures (59 pages x $1) | $59.00 |
| | City's Second Supplemental Disclosures (17 pages x $1) | $17.00 |
| **Total** | | **$256.00** |

---

[1] $1 per page per attached City policy.


PILB #389



Invoice #: P-2010746.01

Route #:

Due By: **10/4/2024**
Invoice Date: 9/4/2024
Invoice #: P-2010746.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$64.00**

- - - - - - -                                                                                                                    - - - - - - -

**Job #:** P-2010746.01
**Attorney #:** 24-1003.015
**Workorder #:** 1000193721
**Plaintiff:** MARK MCCOY, ET AL.
**Defendant:** CITY OF LAS VEGAS
**Case Number:** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; NOTICE OF DEPOSITION

**Recipient:**                                      **Not Served**
BRANDON BURPEE
**Address**
7220 BERMUDA RD, STE 100, LAS VEGAS, NV 89119

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| PROCESS ATTEMPT AREA D | 1 | $64.00 | $64.00 |
| CANCEL AND RETURN WITH NON-SERVE | 1 | $0.00 | $0.00 |
| | | Job Total Due = | $64.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE CHARGES:**                                                                                             $64.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**                                                                                          $64.00

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382


PILB #389


Invoice #: P-2010744.01

Route #:

Due By: **10/9/2024**
Invoice Date: 9/9/2024
Invoice #: P-2010744.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$65.00**

- - - - - - -                                                                                                                          - - - - - - -

**Job #:** P-2010744.01
**Attorney #:** 24-1003.015
**Workorder #:** 1000193717
**Plaintiff:** MARK MCCOY, ET AL.
**Defendant:** CITY OF LAS VEGAS
**Case Number** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA DUCES TECUM; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE

**Recipient:**
NEVADA EQUAL RIGHTS
**Person Served:**
ERIKA PFENDLER
1325 CORPORATE BLVD. ROOM 115, RENO, NV 89502

**Served**
9/5/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ADDITIONAL SERVEE AT SAME ADDRESS | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

**TOTAL INVOICE CHARGES:** $65.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $65.00

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382



PILB #389



Invoice #: P-2010743.01

Route #:

Due By: **10/9/2024**
Invoice Date: 9/9/2024
Invoice #: P-2010743.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$124.08**

- - - - - -                                                                                           - - - - - -

| | |
|---|---|
| Job #: P-2010743.01 | |
| Attorney #: 24-1003.015 | |
| Workorder #: 1000193720 | |
| Plaintiff: MARK MCCOY, ET AL. | |
| Defendant: CITY OF LAS VEGAS | |
| Case Number 2:24-CV-00139-GMN-NJK | |
| Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; NOTICE OF DEPOSITION; $53.71 WITNESS FEE CHECK | |

**Recipient:**      **Served**
BRANDON BURPEE, C/O TODD    9/5/2024
**Person Served:**
ERIKA PFENDLER
1325 CORPORATE BLVD. ROOM 115, RENO, NV 89502

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ADDITIONAL SERVEE AT SAME ADDRESS | 1 | $65.00 | $65.00 |
| CASH ADVANCE | 1 | $53.71 | $53.71 |
| CHECK CHARGE | 1 | $5.37 | $5.37 |
| | | Job Total Due = | $124.08 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | $124.08 |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | $124.08 |

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382



PILB #389



Invoice #: P-2010745.01

Route #:

**Due By: 10/9/2024**
Invoice Date: 9/9/2024
Invoice #: P-2010745.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$214.08**

- - - - - - -                                                                                                                     - - - - - - -

**Job #:** P-2010745.01
**Attorney #:** 24-1003.015
**Workorder #:** 1000193718
**Plaintiff:** MARK MCCOY, ET AL.
**Defendant:** CITY OF LAS VEGAS
**Case Number** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; NOTICE OF DEPOSITION; $53.71 WITNESS FEE CHECK

**Recipient:**
NEVADA EQUAL RIGHTS
**Person Served:**
ERIKA PFENDLER
1325 CORPORATE BLVD. ROOM 115, RENO, NV 89502

**Served**
9/5/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| PROCESS SERVICE RENO, NV | 1 | $155.00 | $155.00 |
| CASH ADVANCE | 1 | $53.71 | $53.71 |
| CHECK CHARGE | 1 | $5.37 | $5.37 |
| | | Job Total Due = | $214.08 |

**TOTAL INVOICE CHARGES:** $214.08
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $214.08



PILB #389



Invoice #: P-2012606.01

Route #:

Due By: 11/7/2024
Invoice Date: 10/8/2024
Invoice #: P-2012606.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

**TOTAL INVOICE AMOUNT DUE**

Ph: (702) 229-6629

**$134.34**

- - - - - - -                                                                                                                             - - - - - - -

**Job #:** P-2012606.01
**Attorney #:** 24-10013.015
**Workorder #:** 1000195467
**Plaintiff:** MARK MCCOY
**Defendant:** CITY OF LAS VEGAS
**Case Number** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL

**Recipient:** LAS VEGAS METROPOLITAN
**Person Served:** DEANA BROOKS P#18333
400 S MARTIN L KING BLVD, BLDG C, LAS VEGAS, NV 89106

**Served** 10/7/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS SERVICE AREA A | 1 | $88.00 | $88.00 |
| CASH ADVANCE | 1 | $41.34 | $41.34 |
| CHECK CHARGE | 1 | $5.00 | $5.00 |
| | | Job Total Due = | $134.34 |

**TOTAL INVOICE CHARGES:** $134.34
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $134.34

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382


PILB #389


Invoice #: P-2012607.01

Route #:

Due By: 11/7/2024
Invoice Date: 10/8/2024
Invoice #: P-2012607.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

**TOTAL INVOICE AMOUNT DUE**

Ph: (702) 229-6629

**$166.93**

- - - - - - -                                                                                                     - - - - - - -

**Job #:** P-2012607.01
**Attorney #:** 24-10013.015
**Workorder #:** 1000195464
**Plaintiff:** MARK MCCOY
**Defendant:** CITY OF LAS VEGAS
**Case Number:** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL

**Recipient:**   **Served**
NEVADA TAXICAB AUTHORITY   10/7/2024
**Person Served:**
SILVIA TOMS
2090 E FLAMINGO RD, STE 200, LAS VEGAS, NV 89119

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS SERVICE AREA B | 1 | $88.00 | $88.00 |
| CASH ADVANCE | 1 | $42.68 | $42.68 |
| CHECK CHARGE | 1 | $5.00 | $5.00 |
| WAIT TIME: 15 MINS | 1 | $31.25 | $31.25 |
|  |  | Job Total Due = | $166.93 |

TOTAL INVOICE CHARGES:                                                    $166.93
TOTAL INVOICE PAYMENTS:               *okay to pay*
TOTAL INVOICE AMOUNT DUE:             *[signature] 10/17/2024*             $166.93

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382


PILB #389



Invoice #: P-2012605.01

Route #:

Due By: 11/7/2024
Invoice Date: 10/8/2024
Invoice #: P-2012605.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101
Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$288.51**

Job #: P-2012605.01
Attorney #: 24-1003.015
Workorder #: 1000195466
Plaintiff: MARK MCCOY
Defendant: CITY OF LAS VEGAS
Case Number: 2:24-CV-00139-GMN-NJK
Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL

Recipient: HENDERSON POLICE
Person Served: AMY JOHNSON
240 S WATER ST, HENDERSON, NV 89015

Served: 10/7/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS SERVICE @ 240 S WATER STREET | 1 | $106.00 | $106.00 |
| RUSH PROCESS ATTEMPT @ 223 LEAD STREET | 1 | $94.00 | $94.00 |
| WAIT TIME: 15 MINS | 1 | $31.25 | $31.25 |
| CASH ADVANCE | 1 | $52.06 | $52.06 |
| CHECK CHARGE | 1 | $5.20 | $5.20 |
| | | Job Total Due = | $288.51 |

**TOTAL INVOICE CHARGES:**            $288.51
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:**         $288.51

*okay to pay*
*TGlover*
*10/17/2024*

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382


PILB #389


Invoice #: P-2012603.01

Route #:   Due By: **11/7/2024**
Invoice Date: 10/8/2024
Invoice #: P-2012603.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101
Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**
**$168.27**

- - - - - - -                                                                                                       - - - - - - -

| | |
|---|---|
| Job #: P-2012603.01 | |
| Attorney #: 24-10013.015 | |
| Workorder #: 1000195461 | Recipient: **Served** |
| Plaintiff: MARK MCCOY | NORTH LAS VEGAS POLICE   10/7/2024 |
| Defendant: CITY OF LAS VEGAS | Person Served: |
| Case Number: 2:24-CV-00139-GMN-NJK | TINA WEBB #2712 |
| Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL | 2266 CIVIC CENTER DR, NORTH LAS VEGAS, NV 89030 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS SERVICE AREA C | 1 | $88.00 | $88.00 |
| CASH ADVANCE | 1 | $44.02 | $44.02 |
| CHECK CHARGE | 1 | $5.00 | $5.00 |
| WAIT TIME: 15 MINS | 1 | $31.25 | $31.25 |
| | | Job Total Due = | $168.27 |

TOTAL INVOICE CHARGES:   $168.27
TOTAL INVOICE PAYMENTS:
TOTAL INVOICE AMOUNT DUE:   $168.27

*okay to pay*
*[signature]*
*10/17/2024*

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382



PILB #389



Invoice #: P-2012604.01

Route #:

**Due By: 11/15/2024**
Invoice Date: 10/16/2024
Invoice #: P-2012604.01

Attn: CLUAYNNE CORWIN
LAS VEGAS CITY ATTORNEY
495 S MAIN ST, 6TH FLOOR
LAS VEGAS, NV 89101

Ph: (702) 229-6629

**TOTAL INVOICE AMOUNT DUE**

**$260.68**

- - - - - - -                                                                                                                      - - - - - - -

**Job #:** P-2012604.01
**Attorney #:** 24-10013.015
**Workorder #:** 1000195463
**Plaintiff:** MARK MCCOY
**Defendant:** CITY OF LAS VEGAS
**Case Number** 2:24-CV-00139-GMN-NJK
**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL

**Recipient:**           **Not Served**
NEVADA ATTORNEY
**Address**
555 E WASHINGTON AVE, LAS VEGAS, NV 89101

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS ATTEMPT AREA A | 1 | $88.00 | $88.00 |
| | | Job Total Due = | $88.00 |

*okay to pay*
*[signature] 10/17/2024*

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382



PILB LIC #389

Invoice For: LAS VEGAS CITY ATTORNEY

| | |
|---|---|
| Job #: | P-2012604.02 |
| Attorney #: | 24-10013.015 |
| Workorder #: | 1000195463 |
| Plaintiff: | MARK MCCOY |
| Defendant: | CITY OF LAS VEGAS |
| Case Number | 2:24-CV-00139-GMN-NJK |
| Documents: | SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA DUCES TECUM; FEDERAL RULE OF CIVIL |

**Recipient:** NEVADA ATTORNEY
**Person Served:** SANDRA GEYER
100 N CARSON ST, CARSON CITY, NV 89701

**Served** 10/8/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| RUSH PROCESS SERVICE CARSON CITY | 1 | $125.00 | $125.00 |
| CASH ADVANCE | 1 | $42.68 | $42.68 |
| CHECK CHARGE | 1 | $5.00 | $5.00 |
| | | Job Total Due = | $172.68 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$260.68** |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | **$260.68** |



Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Timothy J. Geswein, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV 89101

Invoice Number: 210223
Invoice Date: 10/18/2024
Job Number: 108022

In Re: McCoy v City of Las Vegas
Case Number: 2:24-cv-00139-GMN-NJK
Witness(s): Mark McCoy
Attendance Date: 10/02/2024, 10:00 a.m.

Description

**Deposition of Mark McCoy**
**Mini - COMPLIMENTARY**
**Electronic Transcript Via Email - COMPLIMENTARY**

Invoice Total: 1678.75

*okay to pay* [signature] 10/22/2024

Invoice disputes must be made within 30 days.

Please remit to
Rocket Reporters, LLC
6070 S. Eastern, Suite 200
Las Vegas, NV 89119

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.



Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Timothy J. Geswein, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV 89101

**Invoice Number:** 210250
Invoice Date: 10/18/2024
Job Number: 108022

In Re:  McCoy v City of Las Vegas
Case Number: 2:24-cv-00139-GMN-NJK
Witness(s): Mark McCoy
Attendance Date: 10/02/2024, 10:00 a.m.

Description

**Deposition of Mark McCoy - Videographer**

Invoice Total:  955.00

Invoice disputes must be made within 30 days.

**Please remit to
Rocket Reporters, LLC
6070 S. Eastern, Suite 200
Las Vegas, NV 89119**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.



Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Timothy J. Geswein, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV 89101

Invoice Number: 210253
Invoice Date: 10/22/2024
Job Number: 109448

In Re:  McCoy v City of Las Vegas
Case Number: 2:24-cv-00139-GMN-NJK
Witness(s): Kara Jenkins, 30(B)(6) for the Nevada Equal Rights Commission
Attendance Date: 10/07/2024, 11:00 a.m.

Description

**Deposition of Kara Jenkins, 30(B)(6) for the Nevada Equal Rights Commission**

Invoice Total: 743.00

*okay to pay* [signature] 10/23/2024

Invoice disputes must be made within 30 days.

**Please remit to**
**Rocket Reporters, LLC**
**6070 S. Eastern, Suite 200**
**Las Vegas, NV 89119**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.



Rocket Reporters
6070 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
702.876.2538 (702.8Rocket) - Firm #064F
Payments@RocketReporters.com

# INVOICE

City of Las Vegas, Office of the City Attorney
ATTN: Timothy J. Geswein, Esq.
495 S. Main Street
6th Floor
Las Vegas, NV  89101

**Invoice Number:** 210256
Invoice Date: 10/31/2024
Job Number: 109449

In Re:   McCoy v City of Las Vegas
Case Number: 2:24-cv-00139-GMN-NJK
Witness(s): Brandon Burpee
Attendance Date: 10/07/2024, 1:00 p.m.

Description

**Deposition of Brandon Burpee**

Invoice Total:            593.75

Invoice disputes must be made within 30 days.

**Please remit to
Rocket Reporters, LLC
6070 S. Eastern, Suite 200
Las Vegas, NV 89119**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
No credit is extended to attorney's clients or other third parties.
In accepting performance of our services, attorney acknowledges
and agrees to pay all costs of collection, including attorney's fees and court costs.

# APPENDIX B

# CITY OF LAS VEGAS PUBLIC NOTICE

## Standard Fees[1]:

| | |
|---|---|
| Photocopies of personal health care records | $0.60 per page |
| Paper copies of readily recoverable documents up to 11"x17" | $1.00 per page |
| Paper copies of readily recoverable documents larger than 11"x17" | $3.00 per page |
| Certification of records | $2.00 per certified record |

A public record that cannot be readily reproduced on standard paper or by a standard photocopying process may have additional costs. For such items, the department will advise the requester in advance.

*Please note that meeting minutes are exempt from per page fees, but <u>certified</u> copies of minutes will still be subject to the certification fee.*

| | |
|---|---|
| Research Fee | $32.00 per hour after the tenth hour, no fee for first ten hours |
| Electronic copies on USB (aka thumb) drive | $10.00 per device |
| Electronic copies on external hard drive | Actual cost to purchase drive |

If electronic files are requested to be delivered on storage media (USB, external storage), storage media will be provided by the City. Under no circumstances will requester-supplied media be used on a City computer.

*If the request does not specify delivery on storage media, there is no charge for providing copies electronically – via email or online.*

There may be additional fees resulting from other material costs to the City in researching, recovering, reproducing and /or delivering a public record. Departmental staff will evaluate your request in advance to determine if charges in addition to the above need to be addressed.

**PLEASE MAKE CHECKS PAYABLE TO: *CITY OF LAS VEGAS*
YOU ARE ENTITLED TO A RECEIPT**

---

[1] As amended by Resolution R-48-2019 – Amended Resolution Concerning the Fees Chargeable for Copying and Certifying Public Records, and for Providing Other Services Regarding Public Records.