TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY, an individual, | CASE NO: 2:24-cv-00139-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S BILL OF COSTS (ECF #43)** |
| CITY OF LAS VEGAS, a political subdivision of the State of Nevada, | |
| Defendant. | **(First Request)** |

COMES NOW, Plaintiff, MARK MCCOY, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CITY OF LAS VEGAS (hereinafter "Defendant"), by and through its counsel, the Las Vegas City Attorney's Office, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Bill of Costs (ECF #43) due on October 14, 2025, to October 24, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond.

Good cause exists for this extension. Plaintiff and Defendant are in settlement discussions which if successful would render the Bill of Costs moot. The Parties believe this extension will suffice to provide time to complete settlement discussions.

1

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including October 24, 2025, to respond to Defendant's Bill of Costs. Consistent with this extension, Defendant's reply to Plaintiff's response shall be due after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: October 10, 2025

**HATFIELD & ASSOCIATES**

/s/ Trevor J. Hatfield
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

Dated: October 13, 2025

**LAS VEGAS CITY ATTORNEY'S OFFICE**

/s/ Timothy J. Geswein
By:_____
   TIMOTHY J. GESWEIN, ESQ.
   495 S. Main Street, 6th Floor
   Las Vegas, Nevada 89101
   Tel: (702) 229-6629
   Email: rgeswein@lasvegasnevada.gov
   *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this __16__ day of ____October____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE