TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S BILL OF COSTS (ECF #43) (SECOND REQUEST) AND MOTION FOR FEES (FIRST REQUEST)** |

COMES NOW, Plaintiff, MARK MCCOY, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant CITY OF LAS VEGAS (hereinafter "Defendant"), by and through its counsel, the Las Vegas City Attorney's Office, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Bill of Costs (ECF #43) due on October 24, 2025, and Defendant's Motion for Fees (ECF #44) due on October 22, 2025, to November 7, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request to extend the time for the filing of a response to the Bill of Costs and the first request for an extension of time for Plaintiff to respond to Defendant's Motion for Fees.

///

1

Good cause exists for this extension. Plaintiff and Defendant are in settlement discussions which if successful would render the Bill of Costs and Motion for Fees moot. The Parties believe this extension will suffice to provide time to complete settlement discussions.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Responses. Accordingly, Plaintiff shall have up to and including November 7, 2025, to respond to Defendant's Bill of Costs and Motion for Fees. Consistent with this extension, Defendant's reply to Plaintiff's responses shall be due after filing and service of Plaintiff's responses.

**IT IS SO STIPULATED.**

Dated: October 22, 2025

**HATFIELD & ASSOCIATES**

By: /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: October 22, 2025

**LAS VEGAS CITY ATTORNEY'S OFFICE**

By: /s/ Timothy J. Geswein
TIMOTHY J. GESWEIN, ESQ.
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Email: tgeswein@lasvegasnevada.gov
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this __22__ day of __October__, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE