TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO: 2:24-cv-00139-GMN-NJK<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S BILL OF COSTS (THIRD REQUEST) AND MOTION FOR FEES (SECOND REQUEST)** |

Plaintiff MARK MCCOY (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., files his Motion for an Extension of Time to Respond to Defendant CITY OF LAS VEGAS (hereinafter "Defendant") Bill of Costs and Motino for Fees. Plaintiff's response is due on November 7, 2025. This is the third request for an extension of time to respond to the Bill of Costs, and the second request for an extension of time to respond to the Motion for Fees, the other request being a stipulation of the parties to extend time.

This motion is made and based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities and Declaration of Counsel, hereto attached and/or concurrently filed herewith, and any oral argument this Court may entertain upon hearing of this matter.

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

This is an employment discrimination action arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sections 2000e, *et seq*. Plaintiff moves for an extension of time to respond to Defendant's Bill of Costs and Motion for Fees.

The parties stipulated to an extension of time to respond pending settlement discussions. See, ECF #50. The Court granted the stipulation.

The response to the Bill of Costs and Motion for Fees is currently due under the stipulation and order on November 7, 2025. It appears that there is good cause for this extension as the parties are in settlement discussions. Plaintiff would normally request a Stipulation and Order to Extend from Defendant, and has sent an email to Defendant's counsel for another extension, but Defendant's counsel is unavailable to respond to Plaintiff's request. Plaintiff is filing this motion out of an abundance of caution and requests a thirty-one day extension from today's date, which would be Monday December 8, 2025.

Dated this 7th day of November 2025.    **HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
  *Attorney for Plaintiff*

IT SO ORDERED.
Dated: November 12, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

**DECLARATION OF TREVOR J. HATFIELD, ESQ., ATTORNEY FOR PLAINTIFF**

TREVOR J. HATFIELD, ESQ., being first duly sworn deposes and says:

1. I am an attorney licensed to practice law in all courts in the State of Nevada. I have personal knowledge of the facts set forth below, and I believe them to be true.

2. I requested an extension of time from Defendant's counsel to respond to his client's Bill of Costs and Motion for Fees and the parties stipulated to an extension pending settlement.

3. I am seeking an extension of time to respond to Defendant's Bill of Costs and Motion for Fees based upon potential settlement opportunity and not for the purpose of delay. A motion is filed instead of a stipulation as I have been unable to reach Defendant's Counsel.

Dated: November 7, 2025.

Further this declarant sayeth naught.

/s/ Trevor J. Hatfield
_____
TREVOR J. HATFIELD, ESQ.