Jeffry M. Dorocak, NV Bar No. 13109
Timothy J. Geswein, NV Bar No. 10049
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
T: (702) 229-6629
*Attorneys for Defendant*

United States District Court
District of Nevada

| | |
|---|---|
| Mark McCoy, | Case No. 2:24-cv-00139-GMN-NJK |
| Plaintiff, | |
| vs. | Stipulation and Order for Dismissal with Prejudice |
| City of Las Vegas, | |
| Defendant. | |

1. On January 19, 2024, Plaintiff Mark McCoy filed a Complaint in the U.S. District Court for the District of Nevada alleging violations of Title VII and related claims.

2. After motion practice, pleading amendment, and discovery, the City renewed a motion for summary judgment on January 27, 2025. ECF No. 30. After an opportunity to be heard [ECF No. 37], the District Court granted the City's motion. ECF No. 41. The Court Clerk entered judgment in the City's favor. ECF No. 42.

3. Thereafter, the City submitted a Bill of Costs [ECF No. 43] and a Motion for Attorney's Fees. ECF No. 44. The parties stipulated to extensions of time to respond, and the Court has taken no action on these requests.

4. Plaintiff McCoy timely appealed to the Ninth Circuit the District Court's grant of summary judgment, which assigned it Case. No. 25-6734.

5. With the assistance of the Ninth Circuit's Mediation Program,

Plaintiff McCoy and the City of Las Vegas fully resolved all outstanding claims between them.

6. The parties agreed:

    a. The Ninth Circuit appeal be voluntarily dismissed with prejudice by Plaintiff/ Appellant McCoy with each party to bear its own attorney's fees and costs;

    b. The U.S. District Court for the District of Nevada action be dismissed with prejudice with each party to bear its own attorney's fees and costs;

    c. The City's Bill of Costs be deemed withdrawn, and its Motion for Attorney's Fees be denied as moot;

    d. McCoy forever waives and discharges all claims against the City of Las Vegas and its former and current elected officials, employees, and agents; and

    e. The parties grant further assurances necessary to complete the dismissal of any action related to the subject matter of the Ninth Circuit appeal and the U.S. District Court for the District of Nevada action.

7. Good cause is shown for this stipulation because it is the result of arm's length negotiation, it is voluntarily made with the advice of counsel, and it fully and finally resolves all claims between the parties.

Dated: December 8, 2025.

| | |
|---|---|
| HATFIELD & ASSOCIATES, LTD. | Jeffry M. Dorocak, Esq.<br>CITY ATTORNEY |
| /s/ Trevor J. Hatfield<br>Attorneys for Plaintiff McCoy | /s/ Timothy J. Geswein<br>Attorneys for the City |

ORDER

Good cause being found in support of the parties' stipulation, this case is dismissed with prejudice with each party to bear its own attorney's fees and costs.

IT IS ORDERED that the City's Bill of Costs [ECF No. 43] is deemed withdrawn.

IT IS FURTHER ORDERED that the City's Motion for Attorney's Fees [ECF No. 44] is denied as moot.

The Clerk of Court is kindly instructed to close this case.

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: __December 11, 2025__

| | |
|---|---|
| From: | Trevor Hatfield |
| To: | Timothy Geswein |
| Cc: | Freda Brazier |
| Subject: | Re: McCoy Sec. 1983: proposed SAO for dismissal w prejudice |
| Date: | Monday, December 8, 2025 11:20:03 AM |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

No, I think this is fine and you can file, Tim.

Trevor J. Hatfield, Esq.,
HATFIELD & ASSOCIATES, LTD., A Veteran-Owned Law Firm
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469



thatfield@hatfieldlawassociates.com

This e-mail communication is a confidential attorney communication intended only for the person to whom it is addressed above. Any dissemination, distribution, or copying of this communication is strictly prohibited.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, you are hereby informed that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Timothy Geswein <tgeswein@LasVegasNevada.GOV>
**Sent:** Wednesday, December 3, 2025 9:06 AM
**To:** Trevor Hatfield <thatfield@hatfieldlawassociates.com>
**Cc:** Freda Brazier <freda@hatfieldlawassociates.com>
**Subject:** McCoy Sec. 1983: proposed SAO for dismissal w prejudice

See attached. No pride of authorship; if there's something you'd like to change, please redline.

**Timothy J. Geswein**
Deputy City Attorney
City Attorney's Office | Civil Division
(702) 229-6688
495 S. Main St., 6th Floor | Las Vegas, NV 89101


_____
_____

lasvegasnevada.gov


NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited and may be a violation of law. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof. Thank you.